UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

DANIEL LEE TEEPLE,

Defendant.
_________________________________/

**INDICTMENT**

The Grand Jury charges:

**COUNT 1**
**(Distribution of Cocaine)**

On or about November 13, 2020, in Chippewa County, in the Western District of Michigan, Northern Division, the defendant,

**DANIEL LEE TEEPLE,**

knowingly and intentionally distributed cocaine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

**COUNT 2**
**(Distribution of Cocaine)**

On or about November 18, 2020, in Chippewa County, in the Western District of Michigan, Northern Division, the defendant,

**DANIEL LEE TEEPLE,**

knowingly and intentionally distributed cocaine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

**COUNT 3**
**(Possession with Intent to Distribute Cocaine)**

On or about March 23, 2021, in Chippewa County, in the Western District of Michigan, Northern Division, the defendant,

**DANIEL LEE TEEPLE,**

knowingly and intentionally possessed with intent to distribute cocaine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

**COUNT 4**
**(Possession with Intent to Distribute Cocaine)**

On or about July 7, 2021, in Chippewa County, in the Western District of Michigan, Northern Division, the defendant,

**DANIEL LEE TEEPLE,**

knowingly and intentionally possessed with intent to distribute cocaine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

A TRUE BILL

GRAND JURY FOREPERSON

ANDREW BYERLY BIRGE
United States Attorney

HANNAH N. BOBEE
Assistant United States Attorney