UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

                                  CASE NO: 2:21-cr-20

v.

                                  HON. ROBERT J. JONKER

DANIEL LEE TEEPLE,

    Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law. Based on this, and on the Court's review of all matters of record, including the transcript of the plea proceedings**, IT IS ORDERED** that:

1. The Report and Recommendation of the Magistrate Judge (ECF No. 23) is approved and adopted as the opinion of the Court.

2. Defendant's plea of guilty is accepted and defendant is adjudicated guilty of the charge set forth in Count 3 of the Indictment.

3. The written plea agreement is hereby continued under advisement pending sentencing.

4. The Court previously denied the defendant's Motion to hold the guilty plea in abeyance pending sentencing. ECF No. 27. However, after entering the denial Order, the Court did not actually enter an Order formally adopting the Report and Recommendation on the guilty plea. That was by inadvertence, not design. But as a practical matter, the result has

been to provide most of the relief requested by the defense. Sentencing is now set a week from today, and the Court does not presently see value or reason to have defendant surrender before the sentencing date. Accordingly, the Court's prior Order is modified to allow defendant to remain on bond until sentencing on August 3, 2022. Defendant should be prepared for remand at the conclusion of the sentencing.

Date:   July 27, 2022                         /s/ Robert J. Jonker
                                              ROBERT J. JONKER
                                              UNITED STATES DISTRICT JUDGE